UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUANE STRAIN,

    Plaintiff,

v.                                                          Case No. 4:23-cv-27-MW-MJF

REBECCA GOODHAME EBINGER, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a federal prisoner confined at the Federal Correctional Institution in Oakdale, Louisiana, initiated this action on January 17, 2023, by filing a *pro se* document titled "Criminal Co[m]plaint." Doc. 1. Plaintiff's complaint sought to bring criminal charges against the Honorable Rebecca Goodgame Ebinger and Warden Filepe Martinez, Jr. for racketeering, false imprisonment, fraud, lack of jurisdiction, larceny, treason and obstruction of justice in connection with Plaintiff's conviction in the United States District Court for the Northern District of Iowa in Case No. 6:11-cr-02039.

By order dated January 24, 2023, the undersigned advised Plaintiff that private citizens do not have the authority to commence criminal proceedings, and that he had no judicially-cognizable interest in the criminal prosecution of another. Doc. 3 (citing cases). The undersigned required Plaintiff to file the following by February

23, 2023: (1) a notice of voluntary dismissal; or (2) an amended *civil* complaint on the Northern District form accompanied by either the $402.00 filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 3. Plaintiff was warned that his failure to comply with the order likely would result in this case being dismissed. *Id*. at 5. The undersigned later extended Plaintiff's deadline to March 27, 2023. Doc. 5.

To date, Plaintiff has not complied with the order dated January 24, 2023, and has not responded to the 14-day show cause order entered on April 13, 2023. Doc. 6.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for failure to comply with orders of this court.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 11th day of May, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**