IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL DUANE STRAIN,

   *Plaintiff*,

v.                                         Case No.: 4:23cv27-MW/MJF

REBECCA GOODHAME EBINGER,
et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with Orders of this Court." The Clerk shall close the file.

**SO ORDERED** on June 5, 2023.

                                                              s/Mark E. Walker_____
                                                              **Chief United States District Judge**